**Glorbman Lamont BROWN, Plaintiff–Appellant,**

v.

**J. EWART, Classification Officer; Nurse Morgan; Master Deputy Faggart; Officer A. Lane; Lieutenant Lane, Defendants–Appellees.**

No. 12–8028.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 2, 2013.

Glorbman Lamont Brown, Appellant pro se. Kenneth Ray Raynor, Templeton & Raynor, Charlotte, North Carolina, for Appellees.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glorbman Lamont Brown appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for

\* We construe Brown's "Traverse to Defendants Motion to Dismiss Appeal" as a timely notice

the reasons stated by the district court. *Brown v. Ewart,* No. 1:09–cv–00573–CCE–LPA, 2012 WL 5338574 (M.D.N.C. Oct. 30, 2012; Jan. 28, 2013).\* We deny Brown's motion to appoint counsel. We deny Appellees' motion to dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

of appeal from the district court's final order.